# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

———————

No. 18-11589
Conference Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

September 10, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ROGELIO SANCHEZ, JR.,

Defendant-Appellant

———————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:18-CR-50-1

———————

Before HAYNES, DUNCAN, and ENGELHARDT, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Rogelio Sanchez, Jr., has moved for
leave to withdraw and has filed a brief in accordance with *Anders v. California*,
386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).
Sanchez has not filed a response. We have reviewed counsel's brief and the
relevant portions of the record reflected therein. We concur with counsel's
assessment that the appeal presents no nonfrivolous issue for appellate review.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 18-11589

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.